IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

EMPLOYERS MUTUAL CASUALTY
COMPANY,

      Plaintiff,

  v.                                                       Civil Action 2:18-cv-517
                                                          Judge George C. Smith
THE CIRCLE OF THE LIVING GOD              Magistrate Judge Jolson
INTERNATIONAL, INC., *et al.*,

      Defendants.


**ORDER**

      This matter is before the Court on Plaintiff's Settlement Report (Doc. 16), which the court will also construe as a Motion to Stay. (*Id.* at 1). Plaintiff represents to the Court that the "matter was mediated in Virginia on January 22, 2019. Mediation was successful, and a settlement was reached as to all claims asserted in the Virginia litigation, giving rise to this declaratory judgment action." (*Id.* at 1). Further, Plaintiff states that "[d]ue to the terms of the settlement, it will take approximately 90 days to implement and finalize the settlement . . . ." (*Id.*). Plaintiff seeks a ninety (90) day stay of this case and represents that by or before the end of this time, "counsel should be in a position to proceed with the dismissal of this declaratory judgment action." (*Id.*). For good cause shown, the stay is **GRANTED**. The parties are further **ORDERED** to submit a joint status report to the Court no later than April 30, 2019, if the case is still pending.

      **IT IS SO ORDERED.**

                                                                    *s/ George C. Smith*
                                                                  GEORGE C. SMITH, JUDGE
                                                                UNITED STATES DISTRICT COURT