# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**EMPLOYERS MUTUAL CASUALTY COMPANY,**

    **Plaintiff,**

v.

**THE CHURCH OF THE LIVING GOD INTERNATIONAL, INC.,**

And

**HARVEST CHURCH OF HAMPTON,**

    **Defendants**

Case No.: 2:18-cv-517
JUDGE GEORGE C. SMITH
MAGISTRATE JUDGE JOLSON

## AGREED ORDER OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS

All claims against and between the parties have been amicably resolved. Accordingly, this matter is hereby dismissed in its entirety, with prejudice. The resolution of this matter includes not only the claims asserted in the Complaint, but also all claims asserted in the Counterclaims of The Church of The Living God International, Inc. Each party is responsible for their own attorney's fees and costs.

IT IS SO ORDERED this __17th__ day of April, 2019.

_____
Judge George C. Smith

/s/Thomas F. Glassman
Thomas F. Glassman (0061466)
Bonezzi Switzer Polito & Hupp Co., LPA
312 Walnut Street, Suite 2530
Cincinnati, Ohio 45202
Phone 513-345-5500
Fax 513-345-5510
tglassman@bsphlaw.com
*Counsel for Plaintiff*

/s/Todd E. Bryant
Todd E. Bryant (0072738)
The Bryant Firm, LLC.
122 West Main Street
Troy, Ohio 45373
Phone 937-581-3792
todd@thebryantfirm.com
*Counsel for Defendant, Harvest Church of Hampton*

/s/Richard S. Lovering
Richard S. Lovering (0022027)
Sean R. Lehman (0096703)
Bricker & Eckler LLP
100 South Third Street
Columbus, Ohio 43215-4291
Phone 614-227-2300
Fax 614-227-2390
rlovering@bricker.com
slehman@bricker.com
*Counsel for Defendants,
Church of the Living God International, Inc.
Pool of Bethesda Church of the Living God
International, Inc., Mary Butler, Martha
Edwards and William Lee*